United States District Court
Southern District of Texas
**ENTERED**
December 19, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CIPRIANO GARCIA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-15-120 |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| Defendant. | § | |

# ORDER

On November 14, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 28]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Wal-Mart's motion for summary judgment is granted [Doc. No. 16]. A final judgment will be entered to that effect in a separate document.

Signed this 19th day of December, 2016.

Andrew S. Hanen
United States District Judge